UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br>aka GARY DALE BARGER,<br><br>    Petitioner,<br><br>    v.<br><br>BARRIOS, and<br>AGUILERA,<br><br>    Respondents. | Case No. 14-cv-04445-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Gary Fisher challenges a conviction he received in the Ventura County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 17, 2014

WILLIAM H. ORRICK
United States District Judge