# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER, also known as GARY BARGER,<br><br>      Petitioner,<br><br>    v.<br><br>BARRIOS and AGUILERA,<br><br>      Respondents. | NO. LA CV 14-08235-VBF (MAN)<br><br>RULE 58 JUDGMENT |

Pursuant to the Court's Opinion and Order issued this same date, it is adjudged that this action is dismissed without prejudice.

DATED:   October 28, 2014

*Valerie Baker Fairbank*

—————————————————————
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE